# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

UNITED STATES OF AMERICA,
Plaintiff,
v.
KYLE TENNYSON,
Defendant.

Case No. 1:24-mj-00382

**CRIMINAL MINUTES before**
**Magistrate Judge Stephanie K. Bowman**

FILED
RICHARD W. NAGEL
CLERK OF COURT
2024 MAY 23 PM 3:09
U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

Courtroom Deputy: **Kevin Moser**
Court Reporter: CourtSmart (Session ID # **2329**)     Date/Time: 5/23/2024 @ 1:30 p.m.
United States Attorney: ~~Christy Muncy~~ **DANIELLE MARGEAUX**
Defendant Attorney: Kory Jackson (CJA)     Interpreter: N/A

- [ ] By telephone    [ ] By videoconferencing    [ ] Deft does/does not consent to proceed
- *Initial Appearance:* [X] Complaint; [ ] Indictment; [ ] Information; [ ] petition for supervised release [ ] Rule 5(c)/32.1 Proceedings
- [X] Counsel present    [ ] Superseding Indictment    [ ] Pretrial Release Violation
- [X] Defendant informed of charges and potential penalties  [ ] Defendant informed of nature of supervised release violation(s)
- [X] Defendant informed of his/her rights  [X] Defendant provided copy of charging document  [ ] copy provided to counsel (if sealed)
- [X] Government moves for defendant to be detained pending detention hearing **5/29/24 @ 1:30 PM. DEFT COUNSEL TO APPEAR VIA ZOOM**
- [X] Financial affidavit presented to the Court/Defendant  [ ] Defendant informed of right to consulate notification (if applicable)
- [X] Counsel appointed [ ] FPD [X] CJA)  [ ] Charging document unsealed upon oral motion of the United States
- [X] Government informed of requirements of Fed. R. Crim. P. 5(f)    [ ] Defendant did not contest detention at this time

*Detention:* [ ] Defendant to be detained pending trial pursuant to pretrial detention order
[ ] Detention is moot-active parole/probation detainer
[ ] Detention is moot - serving state sentence
Plaintiff Witness _____
Defendant Witness _____    [ ] Home Incarceration
[ ] OR  [ ] Secured with _____  [ ] Electronic Monitor  [ ] Other  [ ] Home Detention  [ ] Curfew
[ ] Third-Party Custodian: _____    [ ] Location Monitoring  [ ] GPS  [ ] RF  [ ] Stand Alone

Special Conditions of Release: [ ] Pretrial/Probation Supervision [ ] Drug testing & Treatment [ ] maintain employment & verify
[ ] refrain from all/excessive alcohol [ ] narcotic drugs unless prescribed [ ] use/possession of firearms [ ] Travel Restricted to
[ ] no contact with any potential victim or witness, to include co-defendants [ ] resolve all outstanding warrants [ ] Surrender Passport
_____   [ ] Do not obtain passport     [ ] Mental Health Eval/Treatment

*Pretrial Bond Violation Hearing:*
[ ] bond revoked - defendant detained pending trial [ ] bond continued [ ] bond modified: _____

Preliminary Exam Hearing set _____
*Preliminary Exam:* [ ] Probable Cause found; [ ] not found; [ ] waived; [ ] bond continued/denied
AUSA Witnesses: _____    Defendant Witnesses: _____

AUSA Exhibits: _____    Defendant Exhibits: _____

*Arraignment on* [ ] Indictment  [ ] Superseding Indictment  [ ] Second Superseding Indictment
Defendant waives reading [ ]       Defendant pleads: [ ] GUILTY  [ ] NOT GUILTY
[ ] PSI ordered                    [ ] Sentencing set for _____
[ ] Case to proceed before

*Removal Hearing (Rule 5c or Rule 32.1):*
[ ] Defendant waives Identity Hearing    [ ] Defendant waives Detention Hearing in this district
[ ] Defendant waives Preliminary Hearing in this district
[ ] Commitment to Another District Ordered   [ ] Removed to _____
[ ] Probable Cause Found
    [ ] Defendant to voluntarily report to charging district no later than _____

Remarks: