AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO



FILED
RICHARD W. NAGEL
CLERK OF COURT

2024 MAY 29 PM 3:04

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

UNITED STATES OF AMERICA

V.

KYLE TENNYSON

NOTICE

CASE NUMBER: 1:24-mj-00382

TYPE OF CASE:
☐ CIVIL   ☑ CRIMINAL

☑ TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| POTTER STEWART UNITED STATES COURTHOUSE<br>100 EAST FIFTH STREET<br>CINCINNATI, OHIO | Courtroom #6, Room 708 |
| | DATE AND TIME |
| | 6/7/2024 at 1:30 p.m. |

TYPE OF PROCEEDING

PRELIMINARY HEARING BEFORE MAGISTRATE JUDGE KAREN L. LITKOVITZ

☐ TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

RICHARD W. NAGEL, CLERK
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

5/29/2024
DATE

(BY) KEVIN MOSER, DEPUTY CLERK

TO:

COUNSEL
USMS
PRETRIAL SERVICES
PROBATION