UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KYLE TENNYSON,<br><br>Defendant. | CASE NO. 1:24CR-063<br><br>JUDGE J. McFARLAND<br><br>**INDICTMENT**<br><br>18 U.S.C. § 2422(b)<br>18 U.S.C. § 2260A<br><br>**FORFEITURE ALLEGATION** |

**THE GRAND JURY CHARGES**:

## COUNT 1
### (Attempted Coercion and Enticement)

On or about April 30, 2024, in the Southern District of Ohio, the defendant, **KYLE TENNYSON**, did use a means or facility of interstate commerce to knowingly attempt to persuade, induce and entice an individual whom he believed to be 15 years old, to engage in sexual activity for which the defendant can be charged with a criminal offense, specifically violations of Ohio Revised Code Sections 2907.04 and 2907.07(B)(1).

**In violation of Title 18, United States Code, Section 2422(b).**

1

## COUNT 2
### (Penalties for Registered Sex Offenders)

On or about April 30, 2024, in the Southern District of Ohio, the defendant, **KYLE TENNYSON**, an individual required by Federal or other law to register as a sex offender, committed a felony offense involving a minor under Title 18, United States Code, Section 2422(b), as alleged in Count One of this Indictment.

**In violation of Title 18, United States Code, Section 2260A.**

### FORFEITURE ALLEGATION

Upon conviction of the offense set forth in Count 1 of this Indictment, the defendant, **KYLE TENNYSON**, shall forfeit to the United States, pursuant to 18 U.S.C. § 2428, any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the offense and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the offense, including but not limited to: Apple iPhone IMEI: 356712087836359.

### SUBSTITUTE ASSETS

If any of the property described above, as a result of any act or omission of the defendant:

    a.     cannot be located upon the exercise of due diligence;

    b.     has been transferred or sold to, or deposited with, a third party;

    c.     has been placed beyond the jurisdiction of the court;

    d.     has been substantially diminished in value; or

  e.  has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of the defendant, up to the value of the property described above.

**A TRUE BILL**

/S/
_____
**GRAND JURY FOREPERSON**

**KENNETH L. PARKER**
**UNITED STATES ATTORNEY**

_____
**DANIELLE MARGEAUX (OH 0098348)**
**ASSISTANT UNITED STATES ATTORNEY**