UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | CASE NO. 1:24-MJ-00063 |
| PLAINTIFF, | : | |
| | : | JUDGE MCFARLAND |
| V. | : | |
| | : | <u>UNAPPOSED MOTION TO</u> |
| KYLE TENNYSON | : | <u>EXTEND OBJECTION DEADLINE</u> |
| | : | |
| DEFENDANT | : | |

Now comes Defendant, Kyle Tennyson, by and through undersigned counsel and hereby respectfully requests this Honorable Court to extend the deadline to add an additional 30 days from the date of this filing to file potential Objections to the Presentence Investigation Report (PSR). As grounds for this Motion, undersigned counsel respectfully requests more time to evaluate the PSR. The Government does not oppose this request.

Respectfully Submitted,

*/s/ Adam Boyd Bleile*
Adam Boyd Bleile (0071210)
Attorney for Defendant
Bleile & Dawson
810 Sycamore St., Fifth Floor
Cincinnati, OH 45002
P: 513-564-0088
F: 513-263-9089
adamtheattorney@yahoo.com

*/s/ Chelsea J. Panzeca*
Chelesea J. Panzeca (0095677)
*Attorney for Defendant*
Bleile & Dawson
810 Sycamore St., Fifth Floor
Cincinnati, OH 45002
P: 513-564-0088
F: 513-263-9089

chelseatheattorney@yahoo.com

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of this Motion was sent to United States Attorneys, Danielle E. Margeaux and Christy L. Muncy, via electronic filing and email on this 31st day of July.

*/s/ Chelsea J. Panzeca*