# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO. 1:24-CR-00063** |
| Plaintiff, | **JUDGE McFARLAND** |
| v. | |
| **KYLE TENNYSON,** | |
| Defendant. | |

## PROOF OF PUBLICATION

In accordance with 21 U.S.C. § 853(n)(1), Fed. R. Crim. P. 32.2(b)(6), and Supplemental Rule G(4)(a)(iv)(C), notice of the Preliminary Order of Forfeiture was posted on an official internet government forfeiture site (www.forfeiture.gov) for at least 30 consecutive days, beginning on July 3, 2025, as evidenced by Exhibit 1.

Respectfully submitted,

KELLY A. NORRIS
Acting United States Attorney

s/Danielle E. Margeaux
DANIELLE E. MARGEAUX (OH 98348)
CHRISTY MUNCY
Assistant United States Attorneys
Attorney for Plaintiff
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
(513) 684-3711
Fax: (513) 684-6385
Danielle.Margeaux@usdoj.gov
Christy.Muncy@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on August 6, 2025, a copy of the foregoing Proof of Publication was filed with the Court's electronic filing system (CM/ECF), which will send electronic notification of such filing to all parties represented by attorneys who are registered CM/ECF users.

                                                s/ Danielle E. Margeaux
                                                DANIELLE E. MARGEAUX (OH 98348)
                                                Assistant United States Attorney