# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CASE NO. 1:24-CR-063** |
| | : | |
| **Plaintiff,** | : | **JUDGE MCFARLAND** |
| v. | : | |
| | : | |
| **KYLE TENNYSON,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |
| | : | |

## UNOPPOSED MOTION FOR LEAVE TO FILE
## SENTENCING EXHIBIT UNDER SEAL

Now comes the United States, by and through counsel, and respectfully requests leave to file an exhibit to the United States' sentencing memorandum under seal. The proposed exhibit is an impact statement that discloses the name and personal details of a minor who is the victim in a state prosecution of the Defendant that has been delayed because of the instant federal prosecution. The United States submits that the sealing of this exhibit is necessary to protect the identity of this minor along with sensitive details related to the minor's history and trauma.

Prior to filing this motion, the undersigned consulted with counsel for the Defendant, who indicated that the Defendant has no objection to this request.

Respectfully submitted,

DOMINICK S. GERACE II
United States Attorney

DANIELLE E. MARGEAUX (98348)
Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
Office: (513) 684-3711

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion has been electronically served via the Court's CM/ECF system upon all counsel of record this 21st day of November, 2025.

_____
DANIELLE E. MARGEAUX (0098348)
Assistant United States Attorney